Michael J. Bononi (SBN 130663)
mbonini@boninilawgroup.com
BONINI LAW GROUP, LLP
301 N. Lake Ave., Ste. 820
Pasadena, CA 91101
Telephone: (213) 553-9200
Facsimile: (213) 553-9215

Attorneys for Plaintiff,
EDDIE MARIN

David G. Hoiles, Jr. (SBN 185298)
david.hoiles@jacksonlewis.com
Emilia A. Arutunian (SBN 305824)
Emelia.arutunian@jacksonlewis.com
JACKSON LEWIS P.C.
225 Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 573-4900
Facsimile: (619) 573-4901

Attorneys for Defendant
ISOMEDIX OPERATIONS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| EDDIE MARIN,<br><br>     Plaintiff,<br><br>     v.<br><br>ISOMEDIX OPERATIONS, INC. d/b/a STERIS APPLIED STERILIZATION TECHNOLOGIES, a corporation, and DOES 1 through 25, inclusive,<br><br>     Defendants. | Case No.: 5:21-cv-00402-JWH-SHK<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: January 6, 2021<br>Removal Date:   March 5, 2021 |

///

///

///

///

1

On September 27, 2021, the Parties attended mediation with mediator Gig Kyriacou of Kyriacou Mediation. The Parties have agreed in principle to resolve this case. Currently, the Parties are working on putting together the specific terms of the long-form written agreement. The Parties anticipate having a finalized written agreement within the next two (2) weeks. The Parties have dedicated resources towards resolution and anticipate having all settlement conditions met within sixty (60) days of execution, at which point the case will be voluntarily be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Dated: October 4, 2021                    BONINI LAW GROUP, LLP

By:   /s/ Michael Bononi
      Michael Bononi

      Attorney for Plaintiff
      EDDIE MARIN

Dated: October 4, 2021                    JACKSON LEWIS P.C.

By:   /s/ David G. Hoiles, Jr.
      David G. Hoiles, Jr.
      Emilia A. Arutunian

      Attorneys for Defendant
      ISOMEDIX OPERATIONS, INC.

## **SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4 (a)(2)(1), I, David G. Hoiles, Jr., hereby certifies that the content of this document is acceptable to Michael Bononi, counsel for Plaintiff Eddie Marin, and that I have obtained Mr. Bononi's authorization to affix his electronic signature to this document.

Dated: October 4, 2021                JACKSON LEWIS P.C.

                                By:  /s/ David G. Hoiles, Jr.
                                     David G. Hoiles, Jr.

4833-7675-3405, v. 1